# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT EUGENE GREENE                                                                                          PLAINTIFF

v.                                            NO. 5:12CV00426 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order filed separately today, the decision of the Commissioner is affirmed.  Robert Eugene Greene's complaint is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February, 2014.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE